UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ED HENRY LOYDE,

    Plaintiff,

v.                          Case No. 2:24-cv-02202-SHM-tmp

SHERIFF ODOM, ET AL.,

    Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint (D.E. No. 1) is dismissed with prejudice. The Court certifies that an appeal would not be taken in good faith. This action is dismissed in accordance with the Order (D.E. No. 7) docketed July 23, 2024.

## APPROVED:

*/s/  Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*July 24, 2024*                                        WENDY R. OLIVER
DATE                                                      CLERK

                                                                      */s/  Jairo Mendez*
                                                                      (By) DEPUTY CLERK